UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIGORII DURALEV,<br><br>        Petitioner,<br><br>  v.<br><br>CHAD WOLF, Secretary of the Department of Homeland Security,<br><br>        Respondent. | NO. CV 20-8521-JVS(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; (2) Plaintiff's Motion for Summary Judgment is denied; and (3) the Petition is denied and dismissed with prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 22, 2021

*/s/ James V. Selna*

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE