JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GRIGORII DURALEV,               )   NO. CV 20-8521-JVS(E)
                                )
              Petitioner,       )
                                )
        v.                      )   JUDGMENT
                                )
CHAD WOLF, Secretary of the     )
Department of Homeland          )
Security,                       )
              Respondent.       )
_____ )


     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


          DATED: February 22, 2021

                              _____
                                    JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE